No. 918.   LYNCH ET AL. *v*. NEW JERSEY ET AL.   On petition for writ of certiorari to the Court of Errors and Appeals of New Jersey.   May 13, 1946.   Petition for certiorari dismissed on motion of counsel for petitioners. *Samuel L. Rothbard* for petitioners.

No. 1140.   COGSWELL *v*. CHICAGO & EASTERN ILLINOIS RAILROAD CO.   May 20, 1946.   *Per Curiam:* The petition is granted, except as to the question whether the jury could have found respondent guilty of a violation of Rule 152 of the Interstate Commerce Commission.   The judgment is reversed. *Tiller* v. *Atlantic Coast Line R. Co.*, 318 U. S. 54, 67–8; *Bailey* v. *Central Vermont R. Co.*, 319 U. S. 350, 353–4; *Lavender* v. *Kurn*, 327 U. S. 645.   *Royal W. Irwin* for petitioner.   *Edward W. Rawlins* for respondent.

No. 121, Misc.   JONES *v*. WELCH, SUPERINTENDENT; and
No. 122, Misc.   DUGGAN *v*. OLSON, WARDEN.   May 20, 1946.   The motions for leave to file petitions for writs of habeas corpus are denied.